UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

YAN MENG, )
 )
            Plaintiff, )
   v. ) 1:06-cv-1550-DFH-WTL
 )
IU BOARD OF TRUSTEES, et al., )
 )
           Defendants. )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is **dismissed with prejudice.**

                                      */s/ David F. Hamilton*
                                      DAVID F. HAMILTON, Judge
                                      United States District Court

Date:  6/27/07

Laura Briggs, Clerk
United States District Court

*/s/ Linda S Carmichael*

By: Deputy Clerk

Distribution:

Yan Meng
339 South Lincoln Street
Bloomington, IN 47401

Edward E. Hollis
BAKER & DANIELS
eehollis@bakerd.com

Tareen Zafrullah
BAKER & DANIELS
tareen.zafrullah@bakerd.com